## STATE V. PATTERSON.
### (Decided Feb. 2, 1911.)

APPEAL from order of W. W. WHITESIDE, Chancellor.

ROBERT C. BRICKELL, Attorney General, for the State. WHATLEY & CORNELIUS, for appellee..

McCLELLAN, J.—Dismissed because the question is moot.